```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA      :
                              :
        v.                    :  No. 4:CR-96-239
                              :
DAVID PAUL HAMMER             :  (Judge Muir)
```

ORDER
January 11, 2006

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

A review of our 278-page opinion and order of December 27, 2005, reveals a third typographical error. The purpose of this order is to correct that error. Two persons (the undersigned and the law clerk) were involved in the proofreading of the opinion before its issuance 29 working days after closing arguments were heard. We regret the typographical error.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

On page 274, line 17, the sentence which states

> The one case cited but the Government, United States v. Quinones, 313 F.3d 49 (2d Cir. 2002) which involves the Federal Death Penalty Act has nothing to do with the standard to be applied with respect to collateral review of a death sentence.

is amended to read

> The one case cited by the Government, United States v. Quinones, 313 F.3d 49 (2d Cir. 2002) which involves the Federal Death Penalty Act has nothing to do with the standard to be applied with respect to collateral review of a death sentence.

```
                              s/Malcolm Muir
                              MUIR, U.S. District Judge
```

MM:gs