```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 4:CR-96-239 |
| | : Civil No. 4:CV-02-510 |
| v. | : |
| | : (Muir, J.) |
| DAVID PAUL HAMMER | : **ELECTRONICALLY FILED** |

### UNITED STATES' MOTION
### TO ALTER OR AMEND JUDGMENT

COMES NOW, the United States of America, by undersigned counsel, and moves, pursuant to Federal Rule of Civil Procedure 59(e), to alter and amend this Court's judgment dated December 27, 2005. The United States respectfully requests that the Court alter and amend its judgment to provide that David Paul Hammer's Section 2255 motion, as amended, be denied in its entirety. As grounds for this motion, the United States submits as will be addressed at length in its forthcoming supporting briefs that this Court incorrectly analyzed legal basis for concluding that a new penalty phase should be conducted.

                                           Respectfully submitted,

                                           THOMAS A. MARINO
                                           United States Attorney

                                           By <u>s/Frederick E. Martin</u>
                                           FREDERICK E. MARTIN
                                           Assistant United States Attorney
                                           PA 57455
                                           Herman T. Schneebeli Federal Bldg.
                                           240 West Fourth Street, Suite 316
                                           Williamsport, PA 17701-6465
                                           Tele: (570) 326-1935
                                           FAX: (570) 326-7916
                                           Electronic Mail:
                                           Fred.Martin@usdoj.gov

```
                              GWYNN X. KINSEY, Jr., Esquire
                              U.S. Department of Justice
                              601 D Street, N.W., Room 6131
                              Washington, DC 20530
                              Telephone:  (202) 353-9721
                              FAX:  (202) 353-9779
```

Dated:  January 11, 2006

```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA      : Crim. No.  4:CR-96-239
                              : Civil No.  4:CV-02-510
       v.                     :
                              : (Muir, J.)
DAVID PAUL HAMMER             : ELECTRONICALLY FILED
```

**CERTIFICATE OF NON-CONCURRENCE**

The undersigned hereby certifies that on January 11 , 2006, he spoke with defendant's counsel, who stated his non-concurrence in the requested United States Motion to Alter or Amend Judgment.

```
                    Respectfully submitted,

                    THOMAS A. MARINO
                    United States Attorney



                    By s/Frederick E. Martin
                    Frederick E. Martin
                    Assistant United States Attorney
                    PA 57455
                    Herman T. Schneebeli Federal Bldg.
                    240 West Fourth Street, Suite 316
                    Williamsport, PA 17701-6465
                    Tele: (570) 326-1935
                    FAX: (570) 326-7916
                    Electronic Mail:
                    Fred.Martin@usdoj.gov
```

Dated: January 11 , 2006

```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA       : Crim. No. 4:CR-96-239
                               : Civil No. 4:CV-02-510
        v.                     :
                               : (Muir, J.)
DAVID PAUL HAMMER              : ELECTRONICALLY FILED
```

### CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing

**UNITED STATES' MOTION TO ALTER OR AMEND JUDGMENT, CERTIFICATE OF NONCONCURRENCE, and proposed ORDER**

to be electronically mailed on January 11, 2006 to:

ADDRESSEE:
  Anne L. Saunders, Esquire
  Anne_Saunders@fd.org

  Michael Wiseman, Esquire
  Michael_Wiseman@fd.org


                              s/Frederick E. Martin
                              FREDERICK E. MARTIN
                              Assistant United States Attorney