

**U.S. Department of Justice**
Federal Bureau of Prisons

Federal Correctional Complex
☑ *Administrative Maximum Security Institution*
☐ *High Security Institution*
☐ *Medium Security Institution*
☐ *Minimum Security Institution*

---

5880 State Highway 67 South
P.O. Box 8500
Florence, CO 81226

June 14, 2019

Honorable Christopher C. Conner
Chief United States District Judge
Middle District of Pennsylvania
William J. Nealon Federal Building & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

RE:   HAMMER, David Paul
      Register Number: 24507-077
      Docket Number: 4:CR-96-239
      Oklahoma State Number: OK97302

**FILED
SCRANTON**

JUL 15 2019

PER _____
       DEPUTY CLERK

Dear Judge Conner:

I am writing to inform you of David Paul Hammer's death. He was pronounced deceased on June 7, 2019, at 9:23 a.m., at Sangre de Cristo Hospice & Palliative Care, in Pueblo, Colorado. The preliminary cause of death is in-stage renal failure.

Inmate Hammer was sentenced in the Middle District of Pennsylvania, to a Life sentence for First Degree Murder.

We are bringing this matter to your attention in accordance with the Bureau of Prisons' policy regarding the death of prisoners. If you have any questions or concerns, please contact me at 719-784-9464.

Sincerely,

Andre Matevousian
Complex Warden

cc: District Attorney's Office, Western District of Oklahoma; Director, Department of Corrections, State of Oklahoma; United States Attorney's Office, Middle District of Pennsylvania; Chief United States Probation Officer, Middle District of Pennsylvania; and Regional Director, North Central Regional Office

U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300
PITNEY BOWES
$ 000.50⁰
02 1P        JUL 08 2019
0001126318
MAILED FROM ZIP CODE 81226

RECEIVED
SCRANTON
JUL 1 5 2019
PER _____
DEPUTY CLERK

U. S. Department of Justice
Federal Bureau of Prisons
United States Penitentiary, ADX
P.O. Box 8500
Florence, CO 81226-8500

Official Business

Honorable Christopher C. Conner
Chief United States District Judge
Middle District of Pennsylvania
William J. Nealon Federal Building &
U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503